IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRINITY S. G.,[1]

        Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant.

No. 6:23-cv-00781-MK

ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA

KASUBHAI, Magistrate Judge:

      The Court GRANTS IN PART Plaintiff's Motion for Fees Under the Equal Access to Justice Act ECF No. 18. *See Costa v. Comm'r Soc. Sec. Admin.*, 690 F.3d 1132, 1136 (9th Cir. 2012). IT IS HEREBY ORDERED that attorney fees in the amount of $14,000 are awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Because the

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the nongovernmental party in this case.

Court has reduced Plaintiff's fee award, the Court declines to award Plaintiff any additional fees for responding to Defendant's fee opposition.

Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010), if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program, payment of this award shall be made by check payable and mailed to Plaintiff's counsel, Mark A. Manning, WELLS, MANNING, EITENMILLER & TAYLOR, P.C., 474 Willamette Street, Eugene, Oregon 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's address provided above. There are no costs or expenses to be paid herein.

IT IS SO ORDERED.

DATED this <u>22nd</u> day of July 2024.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge
